UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                       Case No. 96-CR-148

ANDRE SHAWN CRENSHAW,

      Defendant.

---

ORDER TO SEAL

---

Upon the motion of the United States Attorney for the Eastern District of Wisconsin, and good cause appearing therefor,

IT IS HEREBY ORDERED, pursuant to Rule 79.4 of the Local Rules of the United States District Court for the Eastern District of Wisconsin, that the government's submission filed on February 19, 2015, in the above-named case be **SEALED** for a period of one year or until further order of this Court.

SO ORDERED this 20th day of February, 2015.

                                                s/ Lynn Adelman

                                                HONORABLE LYNN ADELMAN
                                                United States District Judge